# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Candis V. Thornton aka Candis V. Chontrell - Thornton, aka Candis Victoria Thornton<br><br>            Debtor(s) | BK NO. 25-01022 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of US Bank National Association, as trustee, on behalf of the holders of the Asset Backed Pass-Through Certificates, Series NC 2005-HE4 and index same on the master mailing list.

                Respectfully submitted,

                /s/ Denise Carlon

                **Denise Carlon, Esq.**
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                215-627-1322
                bkgroup@kmllawgroup.com