| | |
|---|---|
| In re: | Case No. 25-01022-HWV |
| Candis V. Thornton | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Apr 16, 2025 | Form ID: asextnd | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Candis V. Thornton, 607 Misty Hill Lane, Dallastown, PA 17313-9427 |
| 5704102 | + | BRENT C. DIEFENDERFER, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5704113 | + | FIRST CAPITOL CR UNION, 1601 KENNETH RD, YORK, PA 17408-2228 |
| 5704117 | + | PENN WASTE, 85 BRICKYARD ROAD, PO BOX 3066, YORK, PA 17402-0066 |
| 5704103 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5704122 | + | YOE TOWNSHIP SEWER, 190 OAK ROAD, DALLASTOWN, PA 17313-9300 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5704106 | + | Email/Text: Bankruptcy_group@baltimorecity.gov | Apr 16 2025 18:51:00 | BALTIMORE CITY DEPT. PUBLIC WORKS, 200 HOLIDAY STREET, FIRST FLOOR, ROOM 8, BALTIMORE, MD 21202-3795 |
| 5704107 | + | Email/Text: rm-bknotices@bridgecrest.com | Apr 16 2025 18:51:00 | BRIDGECREST ACCEPTANCE CORP, PO BOX 53087, SUITE 100, PHOENIX, AZ 85072-3087 |
| 5704108 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2025 18:49:30 | CAPITAL ONE, P.O. BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5704109 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2025 19:00:59 | CARE CREDIT/SYNCHRONY BANK*, PO BOX 965033, ORLANDO, FL 32896-5033 |
| 5704110 | ^ | MEBN | Apr 16 2025 18:47:36 | CHERRY TECHNOLOGIES INC, ATTN: BANKRUPTCY, 2261 MARKET STREET #4869, SAN FRANCISCO, CA 94114-1612 |
| 5704111 | + | Email/Text: documentfiling@lciinc.com | Apr 16 2025 18:51:00 | COMCAST, 1701 JOHN F. KENNEDY BLVD., PHILADELPHIA, PA 19103-2899 |
| 5704112 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2025 18:51:00 | COMENITY BANK, PO BOX 659728, SAN ANTONIO, TX 78265-9728 |
| 5704104 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 16 2025 18:51:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5704114 | | Email/Text: bankruptcydpt@mcmcg.com | Apr 16 2025 18:51:00 | MCM*, PO BOX 939069, SAN DIEGO, CA 92193-9069 |
| 5704115 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Apr 16 2025 18:51:00 | MET- ED, 101 CRAWFORD CORNER ROAD, BLDG #1, SUITE 1-511, HOLMDEL, NJ 07733-1976 |
| 5704116 | | Email/Text: EBN@Mohela.com | Apr 16 2025 18:51:00 | MOHELA, ATTN: BANKRUPTCY, 633 SPIRIT DR, CHESTERFIELD, MO 63005 |
| 5704105 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 16 2025 18:51:00 | PENNSYLVANIA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO |

| Recip ID | | | | |
|---|---|---|---|---|
| 5704118 | + Email/Text: BKEBN-Notifications@ocwen.com | Apr 16 2025 18:51:00 | | BOX 280946, HARRISBURG, PA 17128-0946<br>PHH MORTGAGE, P.O. BOX 24738, WEST PALM BEACH, FL 33416-4738 |
| 5704119 | + Email/Text: ngisupport@radiusgs.com | Apr 16 2025 18:51:00 | | RADIUS GLOBAL SOLUTIONS, LLC, P O BOX 390915, MINNEAPOLIS, MN 55439-0911 |
| 5704120 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 16 2025 18:51:00 | | SELECT PORTFOLIO SERVICING, INC, ATTN: BANKRUPTCY, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 5704121 | Email/PDF: ais.tmobile.ebn@aisinfo.com | Apr 16 2025 18:49:39 | | SPRINT*, ATTN: BANKRUPTCY DEPT., PO BOX 7949, OVERLAND PARK, KS 66207-0949 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5704101 | *+ | CANDIS V. THORNTON, 607 MISTY HILL LANE, DALLASTOWN, PA 17313-9427 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2025   Signature:   /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent Diefenderfer | on behalf of Debtor 1 Candis V. Thornton bdiefenderfer@cgalaw.com<br>jhall@cgalaw.com;rshearer@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;r48835@notify.bestcase.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re:<br><br>Candis V. Thornton,<br>aka Candis V. Chontrell − Thornton, aka Candis Victoria Thornton,<br><br>**Debtor 1** | Chapter 13<br><br>Case No. 1:25−bk−01022−HWV |

## Notice

Notice is hereby given that:

The debtor(s) filed a Chapter 13 Bankruptcy Petition on April 15, 2025.

The debtor(s) filed a Motion to Extend the Automatic Stay in this case. A hearing on this matter has been scheduled for:

| **United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102** | **Date: 5/13/25**<br><br>**Time: 09:30 AM** |
|---|---|

Any objection/response to the Motion must be filed and served on the debtor(s) on or before **May 11, 2025**.

If an objection/response is not filed by the objecting deadline and the debtor(s) (has/have) filed an Affidavit setting forth sufficient facts to support the motion and satisfy §362(c)(3) or (c)(4), the Court may grant the motion without conducting a hearing.

If no Affidavit is filed prior to the objecting deadline, or if the Affidavit filed is insufficient to satisfy the terms of 11 U.S.C. §362(c)(3) or (c)(4), or if any objections are filed within the prescribed objecting deadline, a hearing on this matter will be held.

**Consideration of a request to extend/impose the automatic stay must be accomplished within thirty (30) days of the bankruptcy petition filing date. It is the debtor(s)'s responsibility to request expedited consideration of a motion to extend when required.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 16, 2025 |

asextnd **(Notice of Hearing to Extend/Impose Stay) (05/18)**