| In re: | Case No. 25-01022-HWV |
|---|---|
| Candis V. Thornton | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 14, 2025 | Form ID: pdf010 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Candis V. Thornton, 607 Misty Hill Lane, Dallastown, PA 17313-9427 |
| 5704102 | + | BRENT C. DIEFENDERFER, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5704113 | + | FIRST CAPITOL CR UNION, 1601 KENNETH RD, YORK, PA 17408-2228 |
| 5704117 | + | PENN WASTE, 85 BRICKYARD ROAD, PO BOX 3066, YORK, PA 17402-0066 |
| 5706971 | + | PENN WASTE INC, PO BOX 3066, YORK, PA 17402-0066 |
| 5704103 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5704122 | + | YOE TOWNSHIP SEWER, 190 OAK ROAD, DALLASTOWN, PA 17313-9300 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 14 2025 18:46:45 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | May 14 2025 18:38:00 | Deutsche Bank National Trust Company, solely as Tr, 1661 Worthington Rd., Ste. 100, West Palm Beach, FL 33409-6493 |
| 5705780 | | Email/PDF: resurgentbknotifications@resurgent.com | May 14 2025 18:46:41 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5704106 | + | Email/Text: Bankruptcy_group@baltimorecity.gov | May 14 2025 18:38:00 | BALTIMORE CITY DEPT. PUBLIC WORKS, 200 HOLIDAY STREET, FIRST FLOOR, ROOM 8, BALTIMORE, MD 21202-3795 |
| 5704107 | + | Email/Text: rm-bknotices@bridgecrest.com | May 14 2025 18:38:00 | BRIDGECREST ACCEPTANCE CORP, PO BOX 53087, SUITE 100, PHOENIX, AZ 85072-3087 |
| 5705682 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 14 2025 18:46:50 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5704108 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 14 2025 18:46:46 | CAPITAL ONE, P.O. BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5704109 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 14 2025 18:46:49 | CARE CREDIT/SYNCHRONY BANK*, PO BOX 965033, ORLANDO, FL 32896-5033 |
| 5704110 | ^ | MEBN | May 14 2025 18:36:22 | CHERRY TECHNOLOGIES INC, ATTN: BANKRUPTCY, 2261 MARKET STREET #4869, SAN FRANCISCO, CA 94114-1612 |
| 5704111 | + | Email/Text: documentfiling@lciinc.com | May 14 2025 18:38:00 | COMCAST, 1701 JOHN F. KENNEDY BLVD., PHILADELPHIA, PA 19103-2899 |
| 5704112 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 14 2025 18:38:00 | COMENITY BANK, PO BOX 659728, SAN ANTONIO, TX 78265-9728 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5704104 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 14 2025 18:38:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5704114 | | Email/Text: bankruptcydpt@mcmcg.com | May 14 2025 18:38:00 | MCM*, PO BOX 939069, SAN DIEGO, CA 92193-9069 |
| 5704115 | + | Email/Text: BankruptcyEast@firstenergycorp.com | May 14 2025 18:38:00 | MET- ED, 101 CRAWFORD CORNER ROAD, BLDG #1, SUITE 1-511, HOLMDEL, NJ 07733-1976 |
| 5704116 | | Email/Text: EBN@Mohela.com | May 14 2025 18:38:00 | MOHELA, ATTN: BANKRUPTCY, 633 SPIRIT DR, CHESTERFIELD, MO 63005 |
| 5707635 | + | Email/Text: BankruptcyEast@firstenergycorp.com | May 14 2025 18:38:00 | Met-Ed, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 5704105 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 14 2025 18:38:00 | PENNSYLVANIA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5704118 | + | Email/Text: BKEBN-Notifications@ocwen.com | May 14 2025 18:38:00 | PHH MORTGAGE, P.O. BOX 24738, WEST PALM BEACH, FL 33416-4738 |
| 5705747 | | Email/PDF: resurgentbknotifications@resurgent.com | May 14 2025 18:46:41 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5704119 | + | Email/Text: ngisupport@radiusgs.com | May 14 2025 18:38:00 | RADIUS GLOBAL SOLUTIONS, LLC, P O BOX 390915, MINNEAPOLIS, MN 55439-0911 |
| 5704120 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 14 2025 18:38:00 | SELECT PORTFOLIO SERVICING, INC, ATTN: BANKRUPTCY, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 5704121 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | May 14 2025 18:46:50 | SPRINT*, ATTN: BANKRUPTCY DEPT., PO BOX 7949, OVERLAND PARK, KS 66207-0949 |

TOTAL: 22

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5704101 | *+ | CANDIS V. THORNTON, 607 MISTY HILL LANE, DALLASTOWN, PA 17313-9427 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent Diefenderfer | on behalf of Debtor 1 Candis V. Thornton bdiefenderfer@cgalaw.com jhall@cgalaw.com;rshearer@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;r48835@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor US Bank National Association as trustee, on behalf of the holders of the Asset Backed Pass-Through Certificates, Series NC 2005-HE4 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Mario J. Hanyon | on behalf of Creditor Deutsche Bank National Trust Company solely as Trustee for Soundview Home loan Trust 2005-B Asset-B wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Stephanie Walczak | on behalf of Creditor US Bank National Association as trustee, on behalf of the holders of the Asset Backed Pass-Through Certificates, Series NC 2005-HE4 swalczak@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
    Candis Thornton :
        Debtor : Case No. 1:25-bk-01022

### ORDER

Upon consideration of the Motion filed by the Debtor seeking to extend the Automatic Stay as to all creditors pursuant to 11 U.S.C. § 362(c)(3)(b) (the "Motion"), Doc. 6, and the hearing held on May 13, 2025, for the reasons stated on the record, it is

**ORDERED** that the Motion is **GRANTED** and the Automatic Stay is extended as to all creditors until closing of the case or further order of this Court.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 13, 2025