UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| CANDIS V THORNTON, : | |
|     Debtor : | CHAPTER 13 |
| : | |
| JACK N. ZAHAROPOULOS : | |
| STANDING CHAPTER 13 TRUSTEE : | |
|     Movant : | CASE NO. 1-25-BK-01022-HWV |
| : | |
| CANDIS V THORNTON, : | |
|     Respondent : | |

## TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

AND NOW, this 26th day of November 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1. Statement of Financial Affairs lacks description. #27

2. Trustee avers that Debtor(s)' Plan is not feasible based upon the following:

    a. Debtor is unable to make payments under the Plan, contrary to § 1325(a)(6).

3. Trustee avers that Debtor(s)' Plan cannot be administered due to the lack of the following:

    a. Debtor(s) has not provided to Trustee pay stubs for new job.

[The remainder of the page has been left intentionally blank.]

WHEREFORE, Trustee alleges and avers that Debtor(s)' Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

    b. Deny confirmation of Debtor(s)' Plan.
    c. Dismiss or convert Debtor(s)' case.
    d. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/ Douglas R. Roeder
Attorney for Trustee

2

# CERTIFICATE OF SERVICE

       AND NOW, this 26th day of November 2025, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

BRENT DIEFENDERFER ESQUIRE
CGA LAW FIRM
135 NORTH GEORGE STREET
YORK, PA 17401-

                                    /s/Ashley Schott, Legal Assistant
                                    Office of Jack N. Zaharopoulos
                                    Standing Chapter 13 Trustee