# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>CANDIS V THORNTON | CASE NO: 25-01022<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br><br>Chapter: 13<br>Judge: Judge Van Eck<br>Hearing Location: United States Bankruptcy Court, The Sylvia H. Rambo US Courthouse, 1501 North 6th Street, Bankruptcy Courtroom 8, 4th Floor, Harrisburg, PA 17102<br>Hearing Date: 01/07/2026<br>Hearing Time: 9:30am<br>Response Date: 12/31/2025 |

On 11/26/2025, I did cause a copy of the following documents, described below,

Thornton Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/26/2025

/s/ /s/ Brent C. Diefenderfer
/s/ Brent C. Diefenderfer  93685

CGA Law Firm
135 North George Street
York, PA 17401
717-848-4900
jhall@cgalaw.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>CANDIS V THORNTON | CASE NO: 25-01022<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>Judge: Judge Van Eck<br>Hearing Location: United States Bankruptcy Court, The Sylvia H. Rambo US Courthouse, 1501 North 6th Street, Bankruptcy Courtroom 8, 4th Floor, Harrisburg, PA 17102<br>Hearing Date: 01/07/2026<br>Hearing Time: 9:30am |

On 11/26/2025, a copy of the following documents, described below,

Thornton Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/26/2025

_/s/ Miles Wood_
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
/s/ Brent C. Diefenderfer
CGA Law Firm
135 North George Street
York, PA  17401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

Case 1:25-bk-01022-HWV    Doc 43    Filed 12/01/25    Entered 12/01/25 13:17:56    Desc
Main Document      Page 2 of 4

CASE INFO

| LABEL MATRIX FOR LOCAL NOTICING | BRIDGECREST CREDIT COMPANY LLC AS AGENT AND | DEUTSCHE BANK NATIONAL TRUST COMPANY SOLELY |
| NCRS ADDRESS DOWNLOAD | 4515 N SANTA FE AVE DEPT APS | 1661 WORTHINGTON RD |
| CASE 25-01022 | OKLAHOMA CITY OK 73118-7901 | STE 100 |
| MIDDLE DISTRICT OF PENNSYLVANIA | | WEST PALM BEACH FL 33409-6493 |
| WED NOV 26 11-33-44 PST 2025 | | |

UNDELIVERABLE          ~~EXCLUDE~~

US BANK NATIONAL ASSOCIATION AS TRUSTEE ON    ~~US BANKRUPTCY COURT~~          ASHLEY FUNDING SERVICES LLC
                                              ~~SYLVIA H RAMBO US COURTHOUSE~~  RESURGENT CAPITAL SERVICES
                                              ~~1501 N 6TH STREET~~             PO BOX 10587
                                              ~~HARRISBURG PA 17102-1104~~      GREENVILLE SC 29603-0587

BALTIMORE CITY DEPT PUBLIC WORKS    BRENT C DIEFENDERFER         BRIDGECREST ACCEPTANCE CORP
200 HOLIDAY STREET                  CGA LAW FIRM                 PO BOX 53087
FIRST FLOOR ROOM 8                  135 NORTH GEORGE STREET      SUITE 100
BALTIMORE MD 21202-3795             YORK PA 17401-1132           PHOENIX AZ 85072-3087

                                    DEBTOR

BRIDGECREST CREDIT COMPANY LLC AS AGENT   CANDIS V THORNTON         CAPITAL ONE
AIS PORTFOLIO SERVICES LLC                607 MISTY HILL LANE       PO BOX 30285
4515 N SANTA FE AVE DEPT APS              DALLASTOWN PA 17313-9427  SALT LAKE CITY UT 84130-0285
OKLAHOMA CITY OK 73118-7901

CARE CREDITSYNCHRONY BANK          CHERRY TECHNOLOGIES INC       COMCAST
PO BOX 965033                      ATTN BANKRUPTCY               1701 JOHN F KENNEDY BLVD
ORLANDO FL 32896-5033              2261 MARKET STREET 4869       PHILADELPHIA PA 19103-2899
                                   SAN FRANCISCO CA 94114-1612

COMENITY BANK                      CARVANA LLC BRIDGECREST CO AIS PORTFOLIO   FIRST CAPITOL CR UNION
PO BOX 659728                      4515 N SANTA FE AVE DEPT APS               1601 KENNETH RD
SAN ANTONIO TX 78265-9728          OKLAHOMA CITY OK 73118-7901                YORK PA 17408-2228

FIRST CAPITAL FEDERAL CREDIT UNION   INTERNAL REVENUE SERVICE           MCM
PO BOX 7746                          CENTRALIZED INSOLVENCY OPERATION   PO BOX 939069
YORK PA 17404-0746                   PO BOX 7346                        SAN DIEGO CA 92193-9069
                                     PHILADELPHIA PA 19101-7346

MET ED                             (P)MOHELA                     METED
101 CRAWFORD CORNER ROAD           CLAIMS DEPARTMENT             101 CRAWFORDS CORNER ROAD
BLDG 1 SUITE 1-511                 633 SPIRIT DRIVE              BUILDING 1 SUITE 1-511
HOLMDEL NJ 07733-1976              CHESTERFIELD MO 63005-1243    HOLMDEL NJ 07733-1976

MIDLAND CREDIT MANAGEMENT INC      PENN WASTE                    PENN WASTE INC
PO BOX 2037                        85 BRICKYARD ROAD             PO BOX 3066
WARREN MI 48090-2037               PO BOX 3066                   YORK PA 17402-0066
                                   YORK PA 17402-0066

| | | |
|---|---|---|
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG  PA 17128-0946 | PHH MORTGAGE<br>PO BOX 24738<br>WEST PALM BEACH  FL 33416-4738 | PHH MORTGAGE CORPORATION<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 24605<br>WEST PALM BEACH  FL 33416-4605 |
| (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | PINNACLE CREDIT SERVICES  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 | RADIUS GLOBAL SOLUTIONS  LLC<br>P O BOX 390915<br>MINNEAPOLIS  MN 55439-0911 |
| SECRETARY OF TREASURY<br>15TH  PENN AVENUE NW<br>WASHINGTON  DC 20220-0001 | SELECT PORTFOLIO SERVICING  INC<br>ATTN BANKRUPTCY<br>PO BOX 65250<br>SALT LAKE CITY  UT 84165-0250 | SPRINT<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK  KS 66207-0949 |
| US BANK NATIONAL ASSOCIATION  AT EL<br>CO SELECT PORTFOLIO SERVICING  INC<br>PO BOX 65250<br>SALT LAKE CITY UT 84165-0250 | UNITED STATES TRUSTEE<br>US COURTHOUSE<br>1501 N 6TH ST<br>HARRISBURG  PA 17102-1104 | YOE TOWNSHIP SEWER<br>190 OAK ROAD<br>DALLASTOWN  PA 17313-9300 |
| BRENT DIEFENDERFER<br>CGA LAW FIRM<br>135 NORTH GEORGE STREET<br>YORK  PA 17401-1132 | ~~EXCLUDE~~<br>~~(D)CANDIS V THORNTON~~<br>~~607 MISTY HILL LANE~~<br>~~DALLASTOWN  PA 17313-9427~~ | (P)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |