**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CANDIS V. THORNTON, AKA | : | |
| CANDIS VICTORIA THORNTON, AKA | : | |
| CANDIS V. CHONTRELL – THORNTON | : | |
| Debtor | : | CASE NO.  1:25-BK-01022-HWV |
| | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs | : | |
| | : | |
| CANDIS V. THORNTON, AKA | : | |
| CANDIS VICTORIA THORNTON, AKA | : | |
| CANDIS V. CHONTRELL – THORNTON | : | |
| Respondent | : | |

**CERTIFICATE OF DEFAULT**

AND NOW, on March 30, 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee

for the Middle District of Pennsylvania, by and through his Attorney, Douglas R. Roeder, Esquire,

and certifies that on February 4, 2026, the Court issued an Order directing Debtor to file an amended

plan in forty-five (45) days. As of March 30, 2026, an amended plan has not been filed.

WHEREFORE, the Trustee respectfully requests this Honorable Court dismiss the case.

Dated: March 30, 2026,                          Respectfully submitted,

<u>/s/ Douglas R Roeder, Esquire</u>
Id: 80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: 717-566-6097
email: droeder@pamd13trustee.com

# CERTIFICATE OF SERVICE

AND NOW, on March 30, 2026, I, Ashley Schott, from the office of Jack N. Zaharopoulos, III, Trustee, hereby certify that I have served the above Certificate of Default by depositing a true and correct copy of same in the United States Mail, postage prepaid, first class, addressed to the following unless electronically notified:

Served Electronically
BRENT DIEFENDERFER ESQUIRE
CGA LAW FIRM
135 NORTH GEORGE STREET
YORK, PA 17401-

OFFICE OF THE UNITED STATES TRUSTEE
5501 NORTH 6TH STREET
BOX 302
HARRISBURG PA 17102

Served by 1st Class Mail
CANDIS V. THORNTON
607 Misty Hill Lane
Dallastown, PA 17313

/s/Ashley Schott
Ashley Schott,
For Jack N. Zaharopoulos
Standing Chapter 13 Trustee