United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Candis V. Thornton
    Debtor

Case No. 25-01022-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AutoDocke          Page 1 of 3

Date Rcvd: Mar 30, 2026          Form ID: pdf010          Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Candis V. Thornton, 607 Misty Hill Lane, Dallastown, PA 17313-9427 |
| 5704102 | + | BRENT C. DIEFENDERFER, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5704113 | + | FIRST CAPITOL CR UNION, 1601 KENNETH RD, YORK, PA 17408-2228 |
| 5704117 | + | PENN WASTE, 85 BRICKYARD ROAD, PO BOX 3066, YORK, PA 17402-0066 |
| 5706971 | + | PENN WASTE INC, PO BOX 3066, YORK, PA 17402-0066 |
| 5704103 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5704122 | + | YOE TOWNSHIP SEWER, 190 OAK ROAD, DALLASTOWN, PA 17313-9300 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 30 2026 18:40:55 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Mar 30 2026 18:41:00 | Deutsche Bank National Trust Company, solely as Tr, 1661 Worthington Rd., Ste. 100, West Palm Beach, FL 33409-6493 |
| 5705780 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 30 2026 18:41:00 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5704106 | + | Email/Text: Bankruptcy_group@baltimorecity.gov | Mar 30 2026 18:41:00 | BALTIMORE CITY DEPT. PUBLIC WORKS, 200 HOLIDAY STREET, FIRST FLOOR, ROOM 8, BALTIMORE, MD 21202-3795 |
| 5704107 | + | Email/Text: rm-bknotices@bridgecrest.com | Mar 30 2026 18:41:00 | BRIDGECREST ACCEPTANCE CORP, PO BOX 53087, SUITE 100, PHOENIX, AZ 85072-3087 |
| 5705682 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 30 2026 18:40:49 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5704108 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 30 2026 18:41:05 | CAPITAL ONE, P.O. BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5704109 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 30 2026 18:41:05 | CARE CREDIT/SYNCHRONY BANK*, PO BOX 965033, ORLANDO, FL 32896-5033 |
| 5704110 | ^ | MEBN | Mar 30 2026 18:38:13 | CHERRY TECHNOLOGIES INC, ATTN: BANKRUPTCY, 2261 MARKET STREET #4869, SAN FRANCISCO, CA 94114-1612 |
| 5704111 | + | Email/Text: documentfiling@lciinc.com | Mar 30 2026 18:41:00 | COMCAST, 1701 JOHN F. KENNEDY BLVD., PHILADELPHIA, PA 19103-2899 |
| 5704112 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 30 2026 18:41:00 | COMENITY BANK, PO BOX 659728, SAN ANTONIO, TX 78265-9728 |

| Recip ID | | Notice | Date/Time | Name and Address |
|---|---|---|---|---|
| 5721475 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 30 2026 18:40:49 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5716868 | | Email/Text: loancounselors@firstcapitalfcu.com | Mar 30 2026 18:41:00 | First Capital Federal Credit Union, P.O. Box 7746, York, PA 17404-0746 |
| 5704104 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 30 2026 18:41:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5704114 | | Email/Text: bankruptcydpt@mcmcg.com | Mar 30 2026 18:41:00 | MCM*, PO BOX 939069, SAN DIEGO, CA 92193-9069 |
| 5704115 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Mar 30 2026 18:41:00 | MET- ED, 101 CRAWFORD CORNER ROAD, BLDG #1, SUITE 1-511, HOLMDEL, NJ 07733-1976 |
| 5704116 | | Email/Text: EBN@Mohela.com | Mar 30 2026 18:41:00 | MOHELA, ATTN: BANKRUPTCY, 633 SPIRIT DR, CHESTERFIELD, MO 63005 |
| 5707635 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Mar 30 2026 18:41:00 | Met-Ed, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 5719964 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 30 2026 18:41:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5704105 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 30 2026 18:41:00 | PENNSYLVANIA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5704118 | + | Email/Text: BKEBN-Notifications@ocwen.com | Mar 30 2026 18:41:00 | PHH MORTGAGE, P.O. BOX 24738, WEST PALM BEACH, FL 33416-4738 |
| 5716192 | + | Email/Text: BKEBN-Notifications@ocwen.com | Mar 30 2026 18:41:00 | PHH Mortgage Corporation, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 5718815 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 30 2026 18:40:56 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5705747 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 30 2026 18:40:51 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5704119 | + | Email/Text: ngisupport@radiusgs.com | Mar 30 2026 18:41:00 | RADIUS GLOBAL SOLUTIONS, LLC, P O BOX 390915, MINNEAPOLIS, MN 55439-0911 |
| 5704120 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 30 2026 18:41:00 | SELECT PORTFOLIO SERVICING, INC, ATTN: BANKRUPTCY, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 5704121 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Mar 30 2026 18:41:06 | SPRINT*, ATTN: BANKRUPTCY DEPT., PO BOX 7949, OVERLAND PARK, KS 66207-0949 |
| 5714270 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 30 2026 18:41:00 | US Bank National Association, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5704101 | *+ | CANDIS V. THORNTON, 607 MISTY HILL LANE, DALLASTOWN, PA 17313-9427 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent Diefenderfer | on behalf of Debtor 1 Candis V. Thornton bdiefenderfer@cgalaw.com jhall@cgalaw.com;rshearer@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;r48835@notify.bestcase.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Mario J. Hanyon | on behalf of Creditor Deutsche Bank National Trust Company  solely as Trustee for Soundview Home loan Trust 2005-B Asset-B wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor US Bank National Association  as trustee, on behalf of the holders of the Asset Backed Pass-Through Certificates, Series NC 2005-HE4 bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Stephanie Walczak | on behalf of Creditor US Bank National Association  as trustee, on behalf of the holders of the Asset Backed Pass-Through Certificates, Series NC 2005-HE4 swalczak@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:                                              :
                                                    :     CHAPTER 13
CANDIS V. THORNTON, aka CANDIS V.                    :
CHONTRELL-THORNTON, aka CANDIS                       :
VICTORIA THORNTON,                                   :
                                                    :     CASE NO. 1:25-bk-01022-HWV
                        Debtor.                      :

## ORDER

Upon consideration of the Trustee's Certificate of Default, Doc. 52, and the Court's

February 4, 2026 Order, Doc. 50, it is

**ORDERED** that the above-captioned case is dismissed. Notwithstanding the dismissal of

this case, the Court retains jurisdiction over timely requests for payment of compensation.


By the Court,

_Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: March 30, 2026